> **Note Court's minor comment. MRW**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUBEN BRISENO, an individual, | Case No. 2:20-cv-02986-MRW |
| Plaintiff, | *Honorable Michael R. Wilner*<br>*Roybal Federal Building* |
| v. | |
| CITY OF WEST COVINA, a municipal entity; IAN PAPARRO, individually and in his official capacity as a police officer for the West Covina Police Department; CHRISTOPHER QUEZADA, individually and his official capacity as a police officer for the West Covina Police Department; ABEL HERNANDEZ, individually and in his official capacity as a police officer for the West Covina Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the West Covina Police Department, | [~~PROPOSED~~] JUDGMENT |
| Defendants. | |

The Court has reviewed and considered Defendants IAN PAPARRO, CHRISTOPHER QUEZADA, AND ABEL HERNANDEZ ("Defendants") Notice of Motion and Motion for Summary Judgment/Partial Summary Judgment and all papers filed in support thereof [See, Docket Nos. 66; 66-1 – 66-6; 67; 68; 69]; Plaintiff RUBEN BRISENO's ("Plaintiff")] Opposition thereto and all papers filed



in support thereof [See, Docket Nos. 70; 70-1 – 70-13; 70-14]; and Defendants' Reply to Plaintiff's Opposition, and all papers filed in support thereof [See, Docket Nos. 75-77.] The Court also considered oral argument presented at the December 22, 2021, hearing on Defendants' Motion for Summary Judgment/Partial Summary Judgment.

**For the reasons stated in its Order granting summary judgment (Docket # 81), t**he Court concludes that Plaintiff's excessive force claim (first cause of action under 42 U.S.C. §1983) against the individual officers is barred under Heck v. Humphrey, 512 U.S. 477 (1994) based on Plaintiff's plea to a criminal charge of resisting an officer. Plaintiff did not challenge the viability of the second cause of action (civil rights conspiracy under 42 U.S.C. §1985 regarding denial of medical care) pled in the First Amended Complaint. (Docket No. 70 at 21.) As a result, Defendants are entitled to summary judgment as a matter of law.

The Court having GRANTED Defendants' Motion for Summary Judgment in Defendants' favor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment in the above-caption matter be, and hereby is, entered in favor of Defendants IAN PAPARRO, CHRISTOPHER QUEZADA, and ABEL HERNANDEZ and against Plaintiff RUBEN BRISENO on all causes of action in the First Amended Complaint.

IT IS SO ORDERED.

Dated: January 12, 2022

Honorable Michael R. Wilner
UNITED STATES MAGISTRATE JUDGE

